This is to advise that on March 13, 2008

Judge Judith M. Barzilay

Issued CONFIDENTIAL Slip Opinion 08-30

In action

Ct. No. 06-00454

Alloy Piping Products, Inc., et al.,
(Plaintiffs,)

v.

United States,
(Defendant,)

and

Ta Chen Stainless Steel Pipe Co. Ltd.,
(Defendant-Intervenor.)